910

No. 970. BEN HUR COAL CO. *v.* WELLS ET AL., DOING BUSINESS AS STARR COAL CO. C. A. 10th Cir. Certiorari denied. *G. C. Spillers* and *G. C. Spillers, Jr.* for petitioner. *Fenelon Boesche, Richard B. McDermott* and *T. Hillas Eskridge* for respondents.

No. 979. INTERNATIONAL DERRICK & EQUIPMENT CO. AND ITS SUCCESSOR, DRESSER EQUIPMENT CO., *v.* CROIX ET AL. C. A. 5th Cir. Certiorari denied. *Paul J. Sedgwick* and *L. W. Anderson* for petitioners. *James O. Bean* for respondents.

No. 991. STANLEY *v.* STANLEY. Court of Civil Appeals of Texas, Seventh Supreme Judicial District. Certiorari denied. *Cleo G. Clayton* and *Cleo G. Clayton, Jr.* for petitioner. *Howard F. Saunders* for respondent.

No. 1016. HUNT TOOL CO. *v.* LAWRENCE ET AL. C. A. 5th Cir. Certiorari denied. *J. Vincent Martin* for petitioner. *Earl Babcock* for respondents.

No. 515. BUCKEYE COTTON OIL CO. (NOW MERGED INTO THE BUCKEYE CELLULOSE CORP.) *v.* LOCAL 19, WAREHOUSE, PROCESSING & DISTRIBUTIVE WORKERS UNION, RETAIL, WHOLESALE & DEPARTMENT STORE UNION (CIO). C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Harris K. Weston* for petitioner.

No. 675, Misc. HARVEY, ALIAS MCCARGO, *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.